# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TONY ANTHONY GRIFFIN**                                                                       **PLAINTIFF**
**ADC #150964**

**V.**                              **Case No. 4:20-cv-00113-LPR**

**ADAM CLARK, Captain, Tucker Unit;**
**JOE PAGE, Warden, Tucker Unit;**
**THOMAS HURST, Deputy Warden, Tucker Unit;**
**CAROL CHISOM, Nurse, Tucker Unit;**
**MELISSA MOORE, Lead Nurse, Tucker Unit;**
**and VIRGINIA STRICKLAND**                                                                   **DEFENDANTS**

## ORDER

The parties' Joint Motion to Dismiss (Doc. 56) is GRANTED, and this case is DISMISSED with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 1st day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE