# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TONY ANTHONY GRIFFIN**                                                                **PLAINTIFF**
**ADC #150964**

V.                              Case No. 4:20-cv-00113-LPR

**ADAM CLARK, Captain, Tucker Unit;**
**JOE PAGE, Warden, Tucker Unit;**
**THOMAS HURST, Deputy Warden, Tucker Unit;**
**CAROL CHISOM, Nurse, Tucker Unit;**
**MELISSA MOORE, Lead Nurse, Tucker Unit;**
**and VIRGINIA STRICKLAND**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 1st day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE